

**ORDERED in the Southern District of Florida on December 7, 2018.**

John K. Olson, Judge
United States Bankruptcy Court

___

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION**
www.flsb.uscourts.gov

| | |
|---|---|
| In re: | Chapter 13 |
| | Case No.: 13-17827-JKO |
| **JOSE LUIS CASTRO**, | |
| Debtor. | |
| _____/ | |

**AGREED ORDER ON DEBTOR'S AMENDED MOTION TO COMPEL CREDITOR U.S. BANK TRUST, N.A., AS TRUSTEE OF BUNGALOW SERIES F TRUST C/O BSI FINANCIAL COMPLIANCE WITH DEBTORS DISCHARGE AND FOR SANCTIONS PURSUANT TO RULE 9011**

THIS MATTER, came before the Court on November 27, 2018 upon Debtor's Amended Motion to Compel Creditor U.S. Bank, N.A., as Trustee of Bungalow Series F Trust c/o BSI Financial Compliance with Debtors Discharge and for Sanctions Pursuant to Rule 9011. The Court noting that the parties are in agreement and being otherwise fully advised in the premises, finds it appropriate to enter an order on the Motion. Accordingly, it is hereby

**ORDERED**, as follows:

1.  The Motion is hereby GRANTED in part and DENIED in part.

2.BSI Financial Services, As Servicing Agent For U.S. Bank Trust N.A. As Trustee Of Bungalow Series F Trust ("Secured Creditor") has completed a reconciliation of Debtor's mortgage Loan secured by the real property located at 9755 NW 52nd St., Apt 315, Doral, FL 33178, and corresponding documentation was provided to Debtor's Counsel.

3.After Secured Creditor's reconciliation of the Debtor's Loan account and prior to the December 1, 2018 payment, the Debtor is presently due for the April 1, 2018 installment payment with a total post-bankruptcy Arrears amount of $5,952.61, plus a separate Escrow Shortage due in amount of $8,763.48. The unpaid principal balance due as of November 28, 2018 is $161,335.74.

4.The Parties agree that the Debtor shall be permitted to cure the post-bankruptcy Arrears of $5,952.61 over a period of 24 months, in monthly installments of $248.02.

5.The Parties agree that the Debtor shall be permitted to cure the Escrow Shortage of $8,763.48 over a period of 36 months, in monthly installments of $243.43.

6.The total monthly payment coming due on December 1, 2018 will be in the amount of $1,690.04. The breakdown of this payment includes Principal and Interest in amount of $969.12, ongoing Escrow in the amount of $229.47, Escrow Shortage, paid over a term of 36 months, in the amount of $243.43, and the payment delinquency, paid over a term of 24 months, in the amount of $248.02.

7.The ongoing monthly installment payments shall continue to become due in this amount and on a monthly basis in accordance with the underlying loan documents, subject to adjustment for fluctuations in future Escrow obligations, subject to satisfaction of the Escrow Shortage component after 36 monthly payments, and subject to satisfaction of the post-

bankruptcy Arrears after 24 monthly payments. All other terms of the underlying loan documents will remain in full force and effect.

8. The Court shall retain jurisdiction to consider and enter such further relief necessary to enforce the terms and conditions of this Order. All other portions of the Motion not addressed above are DENIED with prejudice.

###

Submitted by:

**Chase A. Berger, Esq.**
Florida Bar No. 083794
cberger@ghidottiberger.com
**GHIDOTTI | BERGER, LLP**
3050 Biscayne Blvd. - Suite 402
Miami, FL 33137
Telephone: (305) 502-2808
Facsimile: (954) 780-5578

**Copies furnished to:**

Chase A. Berger, Esq.
Mr. Berger shall serve a conformed copy of this Order upon all interested parties and shall serve a Certificate of Service within three (3) days from the date of the Order.